# Court of Appeals
# of the State of Georgia

ATLANTA,  December 07, 2020

*The Court of Appeals hereby passes the following order:*

## A20A1943. LANCE, LYNDELL WILLIAMS v. THE STATE

The above-styled case was docketed on June 10, 2020. Pursuant to the notice of docketing mailed by this Court and Court of Appeals Rule 23 (a), the Appellant's brief was due to be filed on or by June 30, 2020.

On June 29, 2020, the Appellant filed a request for an extension of time in which to file a brief. The Court granted the request for additional time by Order dated July 28, 2020, making the Appellant's brief due on or by August 31, 2020.

On September 8, 2020, the Appellant filed a second request for an extension of time in which to file a brief. The Court grant the second request for additional time by Order dated September 15, 2020, making the Appellant's brief due on or by October 5, 2020.

On October 2, 2020, the Appellant filed a third request for an extension of time in which to file a brief. The Court granted the third request for additional time by Order dated October 7, 2020, giving Appellant until November 20, 2020 in which to file a brief.

To date the Appellant has failed to comply with the notice of docketing mailed by this Court and with Court of Appeals Rule 23 (a), regarding the filing of an enumeration of errors and brief within 20 days after the appeal was docketed, or

within the three extensions of time allowed by the above-referenced orders permitting an extension of time. See also Court of Appeals Rule 13.

Therefore, the above-styled case is DISMISSED instanter.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta, 12/07/2020*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*



, *Clerk.*